■ Rose Vartanian v. Victor Vartanian.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ The People of the State of New York v. Thomas P. Hannigan.— Motion for leave to appeal as a poor person granted insofar as to permit the appeals to be heard together on the original records, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of Bronx County, and files 6 typewritten or 19 mimeographed copies thereof, together with the original records with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeals to be argued or submitted when reached. Anthony F. Marra, Esq., of 100 Centre Street, New York 13, New York is assigned as counsel for appellant for the purposes of the appeals. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ Dora Rubinstein et al. v. Pennsylvania Railroad Company et al.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Stevens and Bergan, JJ.

■ 500 West 142 Street, Inc. v. "John" Reyes et al.— Application for leave to appeal to this court from the determination of the Appellate Term granted and, pending the hearing and determination of said appeal, the landlord is stayed from taking any proceeding to enforce the final orders of the Municipal Court, on condition that the tenants procure the record on appeal and appellant's points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. The printing of the record on appeal and the appellant's and respondents' points is dispensed with and the appeal is permitted to be heard upon the original record used in the Appellate Term and one typewritten copy of the additional papers required on appeal to this court and upon typewritten appellant's and respondents' points, on condition that one copy of the typewritten points is served upon opposing counsel and six typewritten copies thereof are filed with this court. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.